**Fill in this information to identify the case:**

Debtor name: **Zero Energy Systems, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF IOWA**

Case number (if known): **18-00622**

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Coralville TIFF ATTN: Kelly Hayworth, City Administrator 1512 7th Street Coralville, IA 52241** | | **Property tax TIFF** | | | | **$600,000.00** |
| **Kirkwood Community College ATTN: Administrator, 260E Program PO Box 2068 Cedar Rapids, IA 52406** | | **Job training** | **Unliquidated** | | | **$475,000.00** |
| **Iowa Economic Development Authority 200 East Grand Ave Des Moines, IA 50309** | | **Economic development loan** | | | | **$375,000.00** |
| **Composite Technologies Corporation 33300 Collection Center Dr. Chicago, IL 60693-0333** | | **Supplies** | | | | **$243,397.00** |
| **Owens Corning Sales LLC 1 Owens Corning Pkwy Toledo, OH 43659-0001** | | **Supplies** | | | | **$137,195.52** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Zero Energy Systems, LLC** | | Case number *(if known)* | **18-00622** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Consulting Engineers Corp 11480 Sunset Hills Rd. Suite 100-E Reston, VA 20190-5208** | | **Services** | | | | **$136,705.00** |
| **JK Structural Engineering & Drafting PO Box 336823 Geneva, IA 50633** | | **Services** | | | | **$116,500.00** |
| **EVRAZ Rocky Mountain Steel 1612 East Abriendo Ave Pueblo, CO 81004** | | **Supplies** | | | | **$102,636.81** |
| **Holcim 26571 Network Place Chicago, IL 60673-1265** | | **Supplies** | | | | **$94,608.42** |
| **River Products Company PO Box 2120 Iowa City, IA 52244-2120** | | **Materials** | | | | **$75,406.62** |
| **Iowa Motor Truck Transport, Inc. PO Box 38 365 Cottonwood Dr. Garner, IA 50438** | | **Services Johnson County LACV79683** | | | | **$72,150.00** |
| **Evg, Inc. 220 East 42nd St. Suite 3100 New York, NY 10017** | | **Supplies** | | | | **$68,878.70** |
| **Innovative Tilt Up Design W4496 Hwy 67 Campbellsport, WI 53010** | | **Services** | | | | **$64,858.06** |
| **White Cap Construction Supply 501 W. Church St. Orlando, FL 32805** | | **Supplies** | | | | **$63,565.05** |
| **Charlie's Welding, Inc. 2363 360th St. SW Tiffin, IA 52340** | | **Services** | | | | **$63,167.60** |
| **Wilson Sonsini Goodrich & Rosati PO Box 742866 Los Angeles, CA 90074-2866** | | **Attorney fees** | | | | **$61,664.59** |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 2

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | **Zero Energy Systems, LLC** | | | Case number *(if known)* | **18-00622** |
| --- | --- | --- | --- | --- | --- |
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **United Employment Group 840 Hamilton St. Suite 420 Allentown, PA 18101** | | **Services** | | | | **$55,566.67** |
| **C.E. Doyle LLC W4496 Hwy 67 Campbellsport, WI 53010** | | **Services** | | | | **$50,840.93** |
| **T.L. Fabrications, Ltd. 2110 B Ave PO Box 214 Victor, IA 52347** | | **Materials** | | | | **$46,891.25** |
| **Doyle Contractors, Inc. W4496 Hwy 67 Campbellsport, WI 53010** | | **Supplies** | | | | **$46,615.94** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                                  Best Case Bankruptcy