# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Zero Energy Systems, LLC, | ) | Case No. 18-00622-als11 |
| | ) | |
| | ) | **APPOINTMENT OF COMMITTEE** |
| Debtor. | ) | **OF UNSECURED CREDITORS** |

The Acting United States Trustee for Region 12 hereby appoints the following entities to the Official Committee of Unsecured Creditors in the above case:

Creditors:  City of Coralville, Iowa
Attn: Kevin D. Olson
1512 7th Street
P.O. Box 5127
Coralville, Iowa 52241
Ph: (319) 248-1700
Fax: (319) 248-1894
kolson@coralville.org

Consulting Engineers Corp.
Attn: Rocco DeLeonardis
11480 Sunset Hills Rd., Suite 100E
Reston, Virginia 20190
Ph: (703) 338-2434
Fax: (703) 995-0447
rocco@engineer-cec.com

Iowa Motor Truck Transport, Inc.
Attn: Allen Kendall
365 Cottonwood Drive
P.O. Box 38
Garner, Iowa 50438
Ph: (641) 923-3685
Fax: (641) 923-0300
allen@IMTTRANS.com

Rocco DeLeonardis is hereby designated as Acting Chairperson of said Committee pending selection by the Committee members of a permanent Chairperson. In order to make the Committee more representative, the right to add or remove members of the Committee is reserved.

**James L Snyder**
Acting United States Trustee
Region 12

By:/s/ L. Ashley Zubal
**L. Ashley Zubal**
ID # IS9998256
Federal Building, Room 793
210 Walnut Street
Des Moines, Iowa 50309-2108
Ph: (515) 323-2269 / Fax: 284-4986
Ashley.Zubal@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a copy of this document was sent to the parties below on April 5, 2018.

Parties receiving electronic service:

- Jeffrey D Goetz    bankruptcyefile@bradshawlaw.com, goetz.jeffrey@bradshawlaw.com;carpe.pamela@bradshawlaw.com;warner.barbara@bradshawlaw.com
- Brandon J Gray    brandon.gray@ag.iowa.gov, idr.bankruptcy@ag.iowa.gov
- Desiree A Kilburg    dak@shuttleworthlaw.com
- Eric W Lam    elam@simmonsperrine.com, kcarmichael@SPMBLAW.com;tdomeyer@SPMBLAW.com
- Krystal R Mikkilineni    mikkilineni.krystal@bradshawlaw.com, warner.barbara@bradshawlaw.com;carpe.pamela@bradshawlaw.com;bankruptcyefile@bradshawlaw.com
- Charles E Nelson    nelsonc@ballardspahr.com
- William N Toomey    toomey@ptmlaw.com
- United States Trustee    USTPRegion12.DM.ECF@usdoj.gov
- William P Wassweiler    wassweilerw@ballardspahr.com

Parties receiving hand or mailed service:

Zero Energy Systems, LLC
428 Westcor Dr.
Coralville, IA 52241

By:/s/ Shelly W. Fellner
**Shelly W. Fellner**
Legal Clerk
United States Trustee's Office